# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1393
Lower Tribunal No. 07-CF-017022

_____

DAMION JORDAN SHEAROD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and KAMOUTSAS, JJ., concur.


Damion Jordan Shearod, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED